Full Name

_PAUL Douglas Celestine_

Committed Name (if different)

_Same_

Full Address Including Name of Institution

_Stevenson Unit, 1525 Fm 766_

_Cuero Tx 77954_

Prison Number (if applicable)

United States Courts
Southern District of Texas
FILED

MAR 0 6 2002 **LF**

Michael N. Milby, Clerk

V-02-23

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**H- 02-0829**

Case No. CV _____
(To be supplied by the Clerk)

_PAUL Celestine_

Plaintiff,

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

☑ 42 U.S.C. § 1983. _and/985_

or

vs. _Ronald Fuller_
_Cynda Kite_

☐ Bivens v. Six Unknown Agents
403 U.S. 388 (1971)

Defendants(s).

## A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2) If your answer to A is yes, how many? __4__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1

a. Parties to this previous lawsuit:

Plaintiff _PAUL CELESTINE, PAUL CELESTINE ET AL, PAUL CELESTINE_

Defendants _WARDEN BRENDA CHANEY ET AL, BRENDA CHANEY, ET AL, RICHARD Eli_

b. Court
_UNITED STATE DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON_

c. Docket or case number _N/A OR UNKNOWN_

d. Name of judge to whom case was assigned _NA OR UNKNOWN_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)
_① still pending ② still pend ③ DISMISSED, WAS TOLD TO WAIT TO File_

f. Issues raised: _① VIOLATION OF DUE PROCESS ② VIOLATION OF CIVIL RIGHTS ③ VIOLATION OF CIVIL RIGHTS BY COUNSEL_

g. Approximate date of filing lawsuit _① 2001 ② 2001 ③ 2000_

h. Approximate date of disposition _UNKNOWN_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?

☑ Yes 　☐ No

2) Have you filed a grievance concerning the facts relating to your current complaint?

☐ Yes 　☐ No

If your answer is no, explain why not _____

3) Is the grievance procedure completed?

☑ Yes 　☐ No

CV 66 (11/96)　　　　　　Civil Rights Form

If your answer is no, explain why not _____

_____

4) Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _*PAUL Celestine*_

(print plaintiff's name)

who presently resides at _*1525 Fm 766, Cuero Texas 77954*_, were violated

(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at _____

_____*Stevenson Unit - Cuero Tx 77954*_____

(institution/city where violation occurred)

on (date or dates) _*01-2001 to 2-28-02*_, _*02-28-02*_, _____.

(Claim I)         (Claim II)         (Claim III)

(You need not name more than **one** defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming **more** than five (5) defendants.)

1) Defendant _*Ronald Fisher*_ resides or works at

(full name of first defendant)

_*1525 Fm 766, Cuero Texas 77954*_, and is employed as

(full address of first defendant)

_*Law Library Manager*_.

(defendant's position and title, if any)

The defendant is sued in his/her: ☑ individual ☑ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_*Under the color of the law, Ronald Fisher, sexual harras*_

_*Paul Celestine by Asking to see his male organ Isa sexual*_
_*Nature.*_

2) Defendant _*Mrs Lynda Hite - Law Library Officer*_ resides or works at

(full name of second defendant)

_____ *1525 Fm 766* _____, and is employed as
(full address of second defendant)

_____ *Law Library officer* _____
(defendant's position and title, if any)

The defendant is sued in his/her: ☐ individual ☑ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

*She denied me access to court and wrote several bogus case to get me lock up in cell restriction in retaliation for my grievance that I wrote for her denying me access to court*

3) Defendant _____ resides or works at
(full name of third defendant)

_____, and is employed as
(full address of third defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

4) Defendant _____ resides or works at
(full name of fourth defendant)

_____, and is employed as
(full address of fourth defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

Page 4 of 6

V-66 (11/96)

5) Defendant _____ resides or works at

(full name of fifth defendant)

_____, and is employed as

(full address of fifth defendant)

_____.

(defendant's position and title, if any)

The defendant is sued in his/her:  ☐ individual  ☐ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

## E. CLAIMS*

## CLAIM I

The following civil right has been violated:

Under the color of the Law, Not only did He Ask to see
my male orgADS, He retaliated For me say No; by write
of A False care, And AgAiN deNyiNg PAul celADiNe of Access
to court, His retaliation Is Also For writiNg Him up For
deNy Access to court several time

Supporting Facts:  [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right].

ON AN About 02-28-02 I wAs cAlled to the LAw Library
At to Access my LegAl For LAw Library box, well I wAs

* If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Page 5 of 6

66 (11/96)                                    Civil Rights Form

Taking out my Legal, He showed me several nude picture of men and woman with circle around the butts, then is a laughing A Homosexual Jester ask to see my male organ, I told him no - As He kept looking throw my legal, 02-01-02 In retaliation for me saying no He wrote A bogus case to again deny me access to court, for the last several month, I have been having this retaliation action by Law Library staff! Mrs. Kile Also have denyed access to court and have retaliated by writing several bogus case! I need Help! Im also working on my 2255 which the defendant know! I need Help! And the Unit warden have not help at this point.

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Any and all relief that the Honorable court may allow, Also A restraing order on the Law Library staff for there retaliation and denying access to court, for the sexual harrasment Im requesting 50,000,000,000 dollar Im Not Gay and His action was conduct unbecoming A officer and His retaliation of denying access to court, have made me unable to prepare for my legal action, I need Help. Asking for A F.B.S. Investigation. Thank you.

_____
(Signature of Plaintiff)

_____03-02-02_____
(Date)

Page 6 of 6

Evidence #1

# Texas Department of Criminal Justice

## STEP 2
PASO 2

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso



| OFFICE USE ONLY |
|---|
| Para Uso De La Oficiana Solamente |
| Grievance #: 2002071041 |
| UGI Rec'd Date: 1/22/02 |
| HQ Rec'd Date: JAN 2 4 2002 |
| Date Due: 2-26 |
| Grievance Code: 100, 815 |
| Investigator Number: D |
| ☐ EM   ☐ UOF   ☐ MED |
| ☐ ADA   ☐ REL   ☐ SSI |

Offender Name: Paul Celestine   TDCJ # 872178

Unit: Stevenson unit   Housing Assignment: C213 B

Unit where incident occurred: Stevenson

---

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

First of All Warden [A. Iglesias] is involved in a civil Action, in the United State District and should not be Act like, or Attempd to commit Fraud by the response on the step I, which is a government document; my Grievance is clear and clearly states I'm being denied Access to court which in this case it clearly states I did not receive a Lay-in After I file a government Form No. I-60 For law Library time, and was to by Ronald Fisher the Law Library manager He would make sure I did not miss Another day, Due to it was not my fault For the problem, warden, Iglesias Feel He is Above the United States Laws, well This was in violation of 42 § 1983 And Any Further Attemps to continue to cover up this matter will leads to criminal charges; my Grievance was not About paper or the Number of sheet, There was no Investigation on this matter; To came up with a Answer Like the one given, thu Has Lower the Standard of T.D.C.J. I.D.; It has come to the point when officer Are breaking the very Laws, some of the people Are in Jail For; Also This unit has a Grievance officer that is getting A check For the warden Doing Her Job; I'm not trying to be A problem, but Has Any one request All the I-27 Forms That Has Been File by me And other concerning, not being Lay-in For Law Library time! I'm not the problem Here, the Law Library management or Lack of; I need some one to take a Little time and Interest in Fixing the problem. Thank You! JAN 2 4 2002

original

---

Note: Plese someone Help! P.O.C.

RECEIVED AS MAIL

Offender Signature: _Pan Celenti #72170_    Date: _01-18-02_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

Law library records indicate you were not denied any law library sessions you requested. However, you must submit one I-60 per session & date you request law library access. No further action is warranted.

Signature Authority: _Frank Hoke_    Date: _02/14/02_

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.    Grievance Staff:_____

I-128 Back (9/1/1999)



# Texas Department of Criminal Justice

## STEP 1
PASO 1

## OFFENDER GRIEVANCE FORM

Forma Para Quejas de los Preso

Offender Name: PAUL O. Celestine  TDCJ # 822178

Unit: Stevenson  Housing Assignment: C212B

Unit where incident occurred: Stevenson

| OFFICE USE ONLY |
|---|
| Para Uso De La Oficiana Solamente |
| Grievance #: 200207104/ |
| Date Received: 12/27/01 |
| Date Due: 2/5/02 |
| Grievance Code: 7001815 |
| Investigator Number: I0433 |
| ☐ EM   ☐ UOF   ☐ MED |
| ☐ ADA   ☐ REL   ☐ SSI |

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mrs. Kite and mr. Fisher   When? 12-26-01

What was their response? THEY BOTH DENIED ME ACCESS to COURT!

What action was taken? THREATEN me with A CASE!

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

My Grievnce, Is Against both mr. Fisher, And mrs. Kite For Denial of Access to court And Harrassment, on 12-27-01, I Paul Celestine was told to come to the Law Library on 12-26-01 by mr. Fisher because there was A problem with Lay In And No Fault By Paul Celestine, upon Arriving at the Law Library I was Verbally Harrass by mrs. Kite and Denied Access to court; Also I Ask Her to talk with mr. Fisher Because I was told by Him to come At 2:45 pm or He would call; my Grievence Is Im Being Denied Access to court And Verbal Assaulted by mrs. Kite! P.O.C. I Had put in two 5-60 to Get Law - Library time!! P.O C

ORIGINAL

---

**Action Requested to Resolve your Complaint.**

To Contact Huntsville Access to Court And To Inform the Warden of this problem; And I have witness to the statement made by P.O.C for mr. Fisher! I need Help In this matter!! P.O.C.

**Offender Signature:** _Lc ) Roberts_    **Date:** _12-26-01_

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

Per AD 07.90, II.F., you receive 25 sheets of paper per week unless you can demonstrate a legitimate need for additional supplies. During the week of December 24-28, 2001, you received 50 sheets of paper, you requested no other supplies. There is no evidence you have been denied indigent supplies or access to courts.

**Signature Authority:** _A. Glenn_    **Date:** _1/16/02_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)    UGI: _____

*Evidence 3*

 Texas Department of Criminal Justice

# STEP 2
PASO 2

# OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

| OFFICE USE ONLY |
| --- |
| Para Uso De La Oficiana Solamente |
| Grievance #: 2002043917 |
| UGI Rec'd Date: 12/10/01 |
| HQ Rec'd Date: DEC 1 2 2001 |
| Date Due: 1-14-02 -D |
| Grievance Code: 815 |
| Investigator Number: LOZOS |

Offender Name: PAUL Celestine    TDCJ # 072178

Unit: Stevenson    Housing Assignment: C2-N-8

Unit where incident occurred: Stevenson

☐ EM    ☐ UOF    ☐ MED
☐ ADA    ☐ REL    ☐ SSI

---

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

THE Ast. WARDEN, SIGN OFF ON tHIS GrievANCE; WELL 8-10 time I HAVE Filed GrievANCE AgAINst mess kite And Ask For HELP From both WARDEN; by tHere Failure to HELP After HAving KNOWLEDGE of the retaliation by mess kite; tHey HAve bECome A porty to tHE retaliation For Allowing It to tAke PLACE, WItCH Is in vIULAtion of tHE GoveNment Code, Penal Code, P.D. 21, And tHE UNI ted Stote/ CoNstitution; I HAVE WitNess to all my AllegAtion AN NONE WEre Coiled by tHE INvertigator, I HAve Not receive A FAIr, None presudice in vestigation by tHE Ast. WArden.; I HAve made A FActual and Lecal complaint, Read tHE last FAlse cAse She WroTe me up For; FAiling to obey, witcH is A Lie; But THE Question Is Im on tHE SIde walk And HAd A Little candy in my mouth, upon Her reQuest I took It out, I HAve witNess to All of tHis A LeAst 10 people saw Her attack on me. How long will tHE StevenSon unit keep coveriNg up tHE retaliation by stAFF P.O.L.

DEC 1 2 2001

Original copy

Offender Signature: _Paul Celestin_    Date: _12-08-01_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

```
        Investigation failed to reveal evidence to support your allegations.
        Officer Kite state that the cases were generated as a result of your own
        behavior.  No further action is necessary.
```

Signature Authority: _____    Robert Parker    Date: _12-21-01_

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.    Grievance Staff:_____

I-128 Back (9/1/1999)

C – c 31



**Texas Department of Criminal Justice**

# STEP 1
PASO 1

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

| OFFICE USE ONLY |
|---|
| Para Uso De La Oficiana Solamente |

Grievance #: 2002043917
Date Received: 11/12/01
Date Due: 12/22/2001
Grievance Code: 815
Investigator Number: I0433

☑ EM   ☐ UOF   ☐ MED
☐ ADA   ☐ REL   ☐ SSI

Offender Name: PAUL CELESTINE          TDCJ # 872178

Unit: Stevenson          Housing Assignment: 6110

Unit where incident occurred: Stevenson

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mrs. Kite          When? 11-09-01

What was their response? Did Not Answer the Question, @ why was she harrassing me.

What action was taken? She call the searches back and he about I would not give I.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

My grievance is I'm being retaliated on by miss Kite every day I had to ask to see I.A.D, but I have not been called out for that, Mrs. Kite is creating condition and reason to write me up, I have also request Help from both Warrens, There Has not been any Help, Again I'm request I.A.D. and as Grievance officer you Have a Lawful Duty to call and Let Them know about the retaliation and the writing of all the false case, she is one of the reason my mail is being stolen, I also want to talk to the Inspector General concerning that; Mrs. Kite actions are malicious, deliberate and shows a patten of unconstitution conduct by Her False statements. She is depriving me of the little peace I Have by Her constant Attacks. I'm requesting Help! Her conduct is in violation of P.O. 21, Conduct unbecoming a officer and she is unprofessional! Please forgive any mis spell word do to I not feeling well! I have witness to this illegal treatment! P.O.C. If this does Not stop I will File 1983 for my civil right being violated!

---

I-127 Front (9/1/1999)          PLEASE SIGN ON BACK          (OVER)

**Action Requested to Resolve your Complaint.**

I'm again requesting I.A.O. to be called and Huntsville I.A.O. about all of these attacks and actions.

Offender Signature: _Pen Colert_      Date: _11-08-01_

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

> After conducting an investigation, there was no evidence found to support your allegations.

Signature Authority: _A. Flere_      Date: _12/7/01_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)      UGI: _____

Evidence 3



**Texas Department of Criminal Justice**

# STEP 2
PASO 2

**OFFENDER GRIEVANCE FORM**

Forma Para Quejas de los Preso

Offender Name: _Paul Celestine_ TDCJ # _072178_

Unit: _Stevenson_ Housing Assignment: _C217B_

Unit where incident occurred: _Stevenson_

<table>
<tr><td colspan="3">OFFICE USE ONLY<br>Para Uso De La Oficiana Solamente<br>Grievance #: 200204571/<br>UGI Rec'd Date: 11/30/01<br>HQ Rec'd Date: DEC 0 3 2001<br>Date Due: 1-4<br>Grievance Code: 1123<br>Investigator Number: 100091</td></tr>
<tr><td>☐ EM</td><td>☐ UOF</td><td>☐ MED</td></tr>
<tr><td>☐ ADA</td><td>☐ REL</td><td>☐ SSI</td></tr>
</table>

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

I Know that this case was not investigated, because a true Investigation would prove that miss Hite retaliated on me for Filling sever grievance against Her and I Have witness that could Have clear this allege and false charge! case-2002060 67858 And I can proven all my statements I did not Having a Fair Hearing, Also Z 1st resolve Her complaint, then she Filed it again with some one else. I Need Help in this matter, By Her action Has violated my constitutional right against the retaliation by Her because I wrote a Grievance. P.D.C.

original c DEC 0 3 2001

Offender Signature: _Pa Blew_  Date: _11-29-01_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

Disciplinary case #20020069860 has been reviewed. You were given a proper order, which you did not obey. Removing the candy from your mouth to answer Officer Kite's question was not sufficient to constitute obeying the order. The case was reviewed and no procedural or due process errors were noted. Due to your allegations of retaliation for use of the grievance procedure, a copy of this grievance will be forwarded to the Office of the Inspector General for review. No action is warranted. -d-tf

Signature Authority: _Kelli Ward_   Date: _DEC 17 2001_

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.   Grievance Staff:_____

I-128 Back (9/1/1999)



## Texas Department of Criminal Justice

# STEP 1
PASO 1

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente

Grievance #: 20020045711
Date Received: 11/14/01
Date Due: 12/24/01
Grievance Code: 423
Investigator Number: IO433

☐ EM    ☐ UOF    ☐ MED
☐ ADA    ☐ REL    ☐ SSI

Offender Name: PAUL CELGHING _____ TDCJ # 872178

Unit: STEVENSON _____ Housing Assignment: C-101

Unit where incident occurred: STEVENSON

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt. ESPADIA _____ When? 11-12-01

What was their response? Appeal If you Dont Like my Decision

What action was taken? This my Appeal of His Action and Decision

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

My grievance and Appeal of case # 20020069860, Because of the violation of the Texas Government Code 483.007 - 500.007, and P.O. 21, Mrs Hite in retaliation of me reporting Her Denying me Access to court Has made several False report including this case which is stated number Above, which is in violation of P.O. 21 in Her Action of retaliation in It very nature As cause Harm and injury to the Appellant, I have made several request to the grivance office that I wish to speak to Internal Affairs, but As of this report I have not seen and do not know If they were called because Mrs. Hite is still creating reason to write false report, well I have 10 witness to this Action as I want a investigation, And It will prove that I Did not break a rule, Also it would prove that Mrs. Hite Alter Her charging report and It is a false complaint. I'm Hold the Wardens responsible for Her been out of control because on Each I-27 I have requested Help From the warden in the power of Her Office to correct Mrs. Hite retaliating against me because of Her on mistakes; I Did not refuse Her order and for this reason and All other reason stated I'm Appealing this case! Also Again I'm request Help for both Wardens, which is there Duty As warden to protect inmate from the Action of a out of control Employee; I also Ask the warden to call I.A.D. upon a request, which this it! Thank you! P.G.C.

---

I-127 Front (9/1/1999)          PLEASE SIGN ON BACK          (OVER)

**Action Requested to Resolve your Complaint.**

*Put a copy of this in my kite record, because it is evidence of her illegal action; also I again request aid for I.A.D. and both wardens, this case is given by a false report which is in violation of P.D. 21, I want to fill charges for this reason*

**Offender Signature:** _Pew Celesty_      **Date:** _11-13-01_

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

      Disciplinary case #20020069860 has been reviewed and no procedural errors were identified. It appears that sufficient evidence was found to support a guilty verdict. The punishment imposed was within established guidelines; therefore, there is no valid reason to warrant overturning this case.

**Signature Authority:** _A. Plesia_      **Date:** _11/21/01_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)      UGI: _____

Evidence "4



**Texas Department of Criminal Justice**

# STEP 2
PASO 2

## OFFENDER GRIEVANCE FORM

Forma Para Quejas de los Preso

Offender Name: PAUL COLEMINE     TDCJ # 872178

Unit: STEVENSON     Housing Assignment: C2130

Unit where incident occurred: STEVENSON

OFFICE USE ONLY
Para Uso De La Oficiana Solamente
Grievance #: 2002043665
UGI Rec'd Date: 11/30/01
HQ Rec'd Date: DEC 0 3 2001
Date Due: 1-4
Grievance Code: 804, 423
Investigator Number: 10931
☐ EM     ☐ UOF     ☐ MED
☐ ADA     ☐ REL     ☐ SSI

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

THIS is a False cHarge by Miss Kite and was From a Violation oF the 1st Amendment oF the United State constitution by Denying Accen to the restroom because someone was gone For over 20-yr without Her Finding out what was going on; This case was resolve by sgt. then she refiled this case # 2002008678, this case is also written in retaliation For me writing Her up For Denying me Accen to court, mrs kite Has wrote up 8-9 false case against me which I can prove. I have request Help From Both warden but did not get any relief on this matter! I need Help! P.O.C.

original DEC 0 3 2001 i

Offender Signature: _Pen J Colantio_    Date: _11-29-01_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

Minor case #20020066339 has been reviewed by this office. Sufficient evidence was provided to support the guilty verdict. You were out of place, regardless of your reason. There were no due process or procedural errors. The punishment was within agency guidelines. Due to your allegations of retaliation for use of the grievance procedure, this grievance is being referred to the Investigations Division of the Office of the Inspector General. No further action is warranted.-d-jw

Signature Authority: _Kelli Ward_    Date: **DEC 07 2001**

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.    Grievance Staff:_____

I-128 Back (9/1/1999)

C-2-13B



# Texas Department of Criminal Justice

## STEP 1
PASO 1

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente

Grievance #: 2002043665
Date Received: 11/12/01
Date Due: 12/22/01
Grievance Code: 804, 423
Investigator Number: I0433

☐ EM   ☐ UOF   ☐ MED
☐ ADA  ☐ REL   ☐ SSI

Offender Name: Paul Celestine    TDCJ # 872178

Unit: Stevenson    Housing Assignment: 6-11D

Unit where incident occurred: Stevenson

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt - Hearing Officer    When? 11-07-01

What was their response? I Have A Right to Appeal - That What He Said

What action was taken? I'm Appealing

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I Am Appeal Case 2002 0066 777 Because It was writen in Retaliation For my 527 writen For denying Accel to court, Also This is Abuse of power by mrs Hite and A Injustice, Shelai pass the point of conduct unbecoming A office, to A ongoing Assault on This inmate, The defendant was made to Hold His urine About 75 min; upon that time mrs Hite did not go look For the missing inmate, but yet, wrote me a case for needing to go to the restroom which is unconstitutional! I Sould not be punish For security Allowing A inmate to be gone 75 min. With the only rest room pass! I would like A reversal on this unconstitutional case. Thank you! Allow I would Like to talk to I.A.D. About this Harrassment by mrs. Hite! I Have witness to Her conspiracy to write me up. ① Harrison, Eric # 771466
② Arumit, Den    # 902171
I requesting a I.A.D Investigation!

---

**Action Requested to Resolve your Complaint.**

I would like to speak to the warden, also I would like this case reverse because it is unconstitutional in nature, I want to talk to I. A. D.

Offender Signature: _Paul Pelon_    Date: _11-9-01_

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

Disciplinary case #20020066339 has been reviewed and no procedural errors were identified. It appears that sufficient evidence was found to support a guilty verdict. The punishment imposed was within established guidelines; therefore, there is no valid reason to warrant overturning this case.

Signature Authority: _A - Glenea_    Date: _11/21/01_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)    UGI: _____

EVIDENCE #5



Texas Department of Criminal Justice

# STEP 2
PASO 2

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

Offender Name: PAUL CELESTINE    TDCJ # 872178

Unit: Stevenson    Housing Assignment: C217-17

Unit where incident occurred: Stevenson.

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance #: 2002026604
UGI Rec'd Date: 12/10/01
HQ Rec'd Date: DEC 12 2001
Date Due: 1-14-02
Grievance Code: 804-T
Investigator Number: _____

☐ EM    ☐ UOF    ☐ MED
☐ ADA    ☐ REL    ☐ SSI

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

THE 1st Amendment of the United States Constitution, state I have a law right to help other inmate with out being attack by staff; I have a witness the would go to court as a witness, because I did nothing to mrs. kite; I was very quite and I followed the rule; upon trying to leave, she made the statement you going to write me up again then she told the officer to write me up! This has been a on going problem in the Law Library, with attach an abuse; also if a ture investigation was done you can see a pattern by mrs. kite in Her abuse an attacu; I followed the rule in the Hand book, but the two office violate P.D. 21, P.D. 22. They gave false statement! They lied and retaliated on me for filing a grivance on mrs. kite, for Denying Access to court! I'm asking the a investigation be done, call all the inmates at the day and time; Thank you!

(original) DEC 12 2001

Offender Signature: _Paul Glenn_  Date: _12-07-01_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

```
Investigation failed to reveal evidence to support your allegations
however, a copy of this letter will be referred to the Central Grievance
Office for coordination with the Office of the Inspector General.
```

Signature Authority: _____ Martha Wear for Robert Parker   Date: _1-16-02_

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.   Grievance Staff:_____

I-128 Back (9/1/1999)



## Texas Department of Criminal Justice

# STEP 1
PASO 1

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

OFFICE USE ONLY
Para Uso De La Oficiana Solamente

Grievance #: 20020266 04
Date Received: 10/15/01
Date Due: 11/24/01
Grievance Code: 804
Investigator Number: 10433

☒ EM    ☐ UOF    ☐ MED
☐ ADA    ☐ REL    ☐ SSI

Offender Name: Paul Celestine        TDCJ # P72178

Unit: Stevenson        Housing Assignment: C101 213

Unit where incident occurred: Stevenson

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mrs Kite        When? 10-12-01

What was their response? I was told to leave the Library!

What action was taken? I tried to let Her know I was talk very low! But she angry!

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

10-12-01 About 635, I Paul Celestine was in the law library, I was talking very low, but me sister start "Abusing me vebally, so I told that I was talking to my client very low to get information on his case; at this time mrs. Kite with a angry tone, said I was talking to loud; she has acknoleged that she new I had already filed a I 27 Against Her for denal of Access to court and denal Access to court by way of mail servece; so she had been mad alday; I was there 1500, 2645 and she was in a bad way toward me and all the inmates; I Believe all of Her Action Are in retoliation for filling my I-27 Against Her; Now she is Abusing Her control over the law library and over the books, The Book Federal supp. # 40 was stamp and check in she refuse to put the Book out for 2-session before she made me leave, After creating a problem to Abuse Her power; I Need Help! I need all the law library time I can get; I Do not need tobe pick on or Abused; It not my fault I no choice but to write Her up I she make me time bared in court. I need the warden Help on this! Thank you!

---

**Action Requested to Resolve your Complaint.**

I'm REQuesting Internal Affairs Investigation For the Abuse I suffered on 10-12-01, And I requesting copy of this Grievance be put in Her file because of Her retaliation on A Inmate, Paul Celestine And Further denying Him Access to Court! Plese Help! Thank You!

Offender Signature: _____   Date: 10-12-01

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

The Offender Orientation handbook on page 90 states that offenders who wish to confer with each other in the unit or facility law library must first obtain the verbal permission of the officer in charge, unless unit or facility policy permits such assistance without prior permission. Offenders shall be required to confer quietly so as not to disturb other offenders. Furthermore, rule #7 of the law library rules states that all verbal orders of the law library officers especially regarding talking and seating arrangements, must be obeyed. There was no evidence of harassment.

Signature Authority: _____   Date: 12/6/01

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)                    UGI: _____

HABEAS (530)_____    CIVIL RIGHTS (550)__✓__ CASE#__0 2-0 829__

OTHER (540)___ CIVIL RIGHTS (555)____ DATE FILED__3/6/02__


PLAINTIFF/PETITIONER:    (TDC NO.)      DEFENDANT/RESPONDENT:

_PAUL Celestine_    #_607207_ v. _LYNDA MITE_
                                    _RONALD FISHER_


PREV.CASES: YES/NO      CR:_____  _____  _____

                        HC:_____  _____  _____

**SANCTION/3STRIKE:**_____                    JUDGE_____


REQUIREMENT NOT MET:_____

_____

PET/SIGNED ON:_3/2/02_ POSTMARKED:_____ ?- REC'D/SA/ENTRY_3/11/02_

# United States District Court
## Southern District of Texas

## NOTICE THAT YOUR COMPLAINT HAS BEEN FILED

It was filed on: ___3-6-02___

The Style of the case is:

_Paul Celestine_ versus _Ronald Feitler, et al_

The case number: ___H- 02-0829___

The Judge assigned is: ___Harmon___

The Magistrate-Judge is: ___Stacy___

The nature of the claim is: ___Civil Rights___

Please show the civil action number on the face of all letters. For us to speed the processing of you papers, please address all mail to:

*Special Litigation Section*
United States District Clerk's Office
P.O. Box 61010
Houston, TX  77208-1010

The case will be handled in the ordinary course of the court's work. Writing the court to ask about your case will only *SLOW* the process.

Michael N. Milby, Clerk

By:_____
Deputy Clerk